**Dismissed and Memorandum Opinion filed December 10, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00868-CV

### ESTATE OF DAISY MAE DAVIS, DECEASED, Appellant

**On Appeal from the Probate Court No. 3
Harris County, Texas
Trial Court Cause No. 414,794-401**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed September 8, 2015. The notice of appeal was filed October 8, 2015. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On November 10, 2015, this court ordered appellant to pay the appellate filing fee on or before November 25, 2015, or the appeal would be dismissed.

Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, McCally, and Busby.